

Judy C. Selmeci
212.915.5159 (direct)
646.761.4065 (mobile)
Judy.Selmeci@wilsonelser.com

November 10, 2023

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
50 Pearl Street, Courtroom 15C
New York, NY 10007-1312

> Upon the consent of the parties, and pursuant to 28 U.S.C. 1404(b), this case is transferred to the United States District Court for the Eastern District of New York. SO ORDERED.
> Date: November 11, 2023
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

    Re:    Renee Schwartz v. LiveOnNY
           Docket No.    :    23-4042
           Our File No.  :    22822.00019

Dear Judge Liman,

We represent the Defendant, LiveOnNY, in the above-referenced matter. We write with Plaintiff's consent to respectfully request that the Court transfer the matter to the Eastern District of New York for the reasons outlined below.

Plaintiff appears to have venued the matter in the Southern District on a mistaken belief that LivOnNY has its principal place of business in New York County. *See* Complaint at ¶ 11. However, LiveOnNY in fact maintains its principal place of business in Queens County. *See* A copy of LiveOnNY's listed principal place of business on the New York State Entity Database attached hereto as "**Exhibit A**."

We have discussed the matter with Plaintiff's counsel and he has consented to the change of venue to the Eastern District of New York. Thus, based on the parties' mutual consent, the parties request that the court transfer this case to the Eastern District of New York.

The parties apologize for not remedying this issue sooner. Should the court require additional information, it is most respectfully asked to contact the undersigned.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER

Judy C. Selmeci

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

289267605v.2

# **EXHIBIT A**

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** LIVEONNY, INC.
**DOS ID:** 491925
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 05/29/1978
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 05/29/1978
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:** CHARITABLE

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION

**Address:** 30-30 47TH AVENUE, 9TH FLOOR, LONG ISLAND CITY, NY, UNITED STATES, 11101

**Electronic Service of Process on the Secretary of State as agent:** Permitted

**Chief Executive Officer's Name and Address**

**Name:**
**Address:**

**Principal Executive Office Address**

**Address:**

**Registered Agent Name and Address**

**Name:** REGISTERED AGENT REVOKED
**Address:**

**Entity Primary Location Name and Address**

**Name:**
**Address:**

**Farmcorpflag**

**Is The Entity A Farm Corporation:** NO

**Stock Information**

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|